AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

PEDRO SANCHEZ,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| *Defendant* | |

)

Civil Action No.   1:15-CV-3079-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Defendant's Motion for Summary Judgment (ECF No. 25) is granted.
Plaintiff's Motion for Summary Judgment (ECF No. 23) is denied.
Judgment is entered for Defendant.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Mary K. Dimke _____ on a motion for
summary judgment.

Date:   August 4, 2016 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Karen White _____
*(By) Deputy Clerk*

Karen White _____